UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gina M. Alongi</u>

        v.          Case No. 09-cv-330-PB

<u>Gerald D. Conway</u>

## O R D E R

I herewith approve the Report and Recommendations of Magistrate Judge Muirhead dated Feb 9, 2010, no objection having been filed, for the reasons set forth therein.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recovers from defendant Gerard D. Conway the principal amount of $10,173.66, interest on the delinquent employee elective deferral contributions in the amount of $2,580.59, costs of $436.49, and attorney's fees to date in the amount of $1,620.00, for a total judgment of $14,810.74 with interest as provided by law.

    SO ORDERED.

March 9, 2010                 <u>/s/ Paul Barbadoro</u>
                                      Paul Barbadoro
                                      United States District Judge

cc:     Mary T. Sullivan, Esq.